# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:16-CV-00483-GCM

| | |
|---|---|
| CHAD ERIC SIMPSON, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| USA | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER** is before the court on the court's own Motion to Stay Consideration of Motion under 28 U.S.C. § 2255. Having considered such motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the court's own Motion to Stay Consideration of Motion under 28 U.S.C. § 2255 is **GRANTED**, and this matter is **STAYED** pending resolution of petitioner's Motion for Leave to File a Second or Successive Petition before the Court of Appeals for the Fourth Circuit.

This stay shall dissolve without further Order when counsel for petitioner files either a Motion for Entry of Screening Order or a Notice of Voluntary Dismissal, and such shall be filed promptly after the Fourth Circuit issues its determination.

Signed: June 24, 2016

Graham C. Mullen
United States District Judge